# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Koppe, Nancy J. | District Court - Nevada | 01/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

333 Las Vegas Blvd. South, Ste. 3014
Las Vegas, NV 89101

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000 | City of Philadelphia Pension - pension upon retirement |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koppe, Nancy J. | 01/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | ▓▓▓▓▓▓▓▓. - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koppe, Nancy J. | 01/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koppe, Nancy J. | 01/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. -Apple common stock | A | Dividend | L | T | | | | | |
| 3. -Boeing common stock | A | Dividend | J | T | | | | | |
| 4. -Chevron common stock | | None | | | Sold | 02/12/20 | K | A | |
| 5. -Gilead Sciences common stock | A | Dividend | J | T | | | | | |
| 6. -Investors Bank CDs | A | Interest | | | Matured | 01/31/20 | K | A | |
| 7. -Schlumberger common stock | A | Dividend | K | T | | | | | |
| 8. -Vanguard Total Stock Market ETF | D | Dividend | O | T | Buy (add'l) | 03/11/20 | K | | |
| 9. | | | | | Sold (part) | 12/10/20 | K | B | |
| 10. | | | | | Buy (add'l) | 12/10/20 | K | | |
| 11. | | | | | Buy (add'l) | 12/16/20 | K | | |
| 12. IRA #2 (H) | | | | | | | | | |
| 13. -Boeing common stock | A | Dividend | K | T | | | | | |
| 14. -Gilead Sciences common stock | A | Dividend | J | T | | | | | |
| 15. -Investors Bank CDs | A | Interest | | | Matured | 01/31/20 | K | A | |
| 16. -Schlumberger common stock | A | Dividend | J | T | | | | | |
| 17. -Vanguard Total Stock Market ETF | C | Dividend | M | T | Buy (add'l) | 03/11/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koppe, Nancy J. | 01/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.　UTMA Accs (H) | | | | | | | | | |
| 19.　-Exxon Mobile common stock | A | Dividend | | | Sold | 02/12/20 | K | D | |
| 20.　-Vanguard Total Stock Market ETF | A | Dividend | K | T | Buy<br>(add'l) | 03/11/20 | J | | |
| 21. | | | | | Buy<br>(add'l) | 12/10/20 | J | | |
| 22.　Apple common stock | A | Dividend | L | T | | | | | |
| 23.　Chevron common stock | | None | | | Sold | 02/12/20 | K | C | |
| 24.　Costco common stock | A | Dividend | | | Buy | 03/27/20 | K | | |
| 25. | | | | | Sold | 12/10/20 | K | D | |
| 26.　Exxon Mobile common stock | A | Dividend | | | Sold | 02/12/20 | J | D | |
| 27.　GE common stock | A | Dividend | K | T | | | | | |
| 28.　Gilead Sciences common stock | A | Dividend | J | T | | | | | |
| 29.　Intel common stock | A | Dividend | | | Buy | 04/09/20 | J | | |
| 30. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 31. | | | | | Sold | 05/20/20 | K | B | |
| 32.　iShares Core S&P 500 ETF | A | Dividend | K | T | Buy | 06/24/20 | K | | |
| 33. | | | | | Buy<br>(add'l) | 07/08/20 | J | | |
| 34. | | | | | Sold<br>(part) | 07/09/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1　Income Gain Codes:<br>　(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2　Value Codes<br>　(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3　Value Method Codes<br>　(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koppe, Nancy J. | 01/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MMM common stock | B | Dividend | L | T | | | | | |
| 36. New Hampshire Total Market Index Portfolio | | None | O | T | Buy (add'l) | 01/16/20 | K | | |
| 37. | | | | | Buy (add'l) | 05/27/20 | K | | |
| 38. Schlumberger common stock | B | Dividend | K | T | Sold (part) | 12/23/20 | K | | |
| 39. Southwest Airlines common stock | | None | | | Buy | 03/27/20 | J | | |
| 40. | | | | | Buy (add'l) | 04/09/20 | J | | |
| 41. | | | | | Sold | 06/16/20 | K | A | |
| 42. SPDR Gold Shares Trust - GLD ETF | | None | | | Sold | 05/07/20 | J | A | |
| 43. Tyson Foods common stock | | None | | | Buy | 03/31/20 | J | | |
| 44. | | | | | Sold | 04/17/20 | J | A | |
| 45. VACAVA Inc. | | None | J | U | | | | | |
| 46. Vanguard Total Stock Market ETF | D | Dividend | P1 | T | Buy (add'l) | 03/05/20 | K | | |
| 47. | | | | | Buy (add'l) | 03/27/20 | K | | |
| 48. | | | | | Buy (add'l) | 06/17/20 | K | | |
| 49. | | | | | Buy (add'l) | 12/16/20 | K | | |
| 50. | | | | | Sold (part) | 12/23/20 | J | B | |
| 51. | | | | | Buy (add'l) | 12/24/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koppe, Nancy J. | 01/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/28/20 | J | A | |
| 53.  United Airlines common stock | | None | | | Buy | 03/27/20 | J | | |
| 54. | | | | | Sold | 06/11/20 | J | A | |
| 55.  Visa common stock | | None | | | Buy | 03/27/20 | J | | |
| 56. | | | | | Sold | 04/17/20 | J | A | |
| 57.  ▨▨▨▨▨ (H) | | | | | | | | | |
| 58.  -Commercial Prop #1, Las Vegas, NV | F | Rent | P1 | W | | | | | |
| 59.  ▨▨▨▨▨ | F | Distribution | P1 | U | | | | | |
| 60.  ▨▨▨▨▨ | A | Distribution | K | U | | | | | |
| 61.  Ally Bank accounts | A | Interest | K | T | | | | | |
| 62.  Barclays Bank of Delaware accounts | A | Interest | K | T | | | | | |
| 63.  Capital One Bank account | B | Interest | M | T | | | | | |
| 64.  Discover Bank | A | Interest | K | T | Open | 01/17/20 | J | | |
| 65.  Goldman Sachs Bank account | D | Interest | M | T | | | | | |
| 66.  JPMorgan Chase Bank accounts | B | Interest | J | T | | | | | |
| 67.  Nevada State Bank accounts | A | Interest | J | T | | | | | |
| 68.  Sallie Mae Bank accounts | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koppe, Nancy J. | 01/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Synchrony Bank accounts | A | Interest | K | T | | | | | |
| 70. TD Bank account | B | Interest | J | T | | | | | |
| 71. Wells Fargo Bank accounts | A | Interest | J | T | | | | | |
| 72. Equitable Financial Universal Life Insurance Policy (H) | | | | | | | | | |
| 73. -Guaranteed Interest Account | D | Interest | | | Sold | 12/16/20 | M | | |
| 74. -EQ / Equity 500 Index fund | C | Dividend | O | T | Buy (add'l) | 12/16/20 | N | | |
| 75. -EQ / Large Cap Growth Index fund | A | Dividend | | | Sold | 12/16/20 | M | | |
| 76. Equitable Financial Whole Life Insurance Policy | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note regarding part VII, Lines 72 and 76:  On June 15, 2020, AXA changed its name to Equitable Financial.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy J. Koppe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544